AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Uriel Nonthe-Baltazar
*Defendant(s)*

Case No. 8:17MJ1130TGW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 14, 2017 in the county of Pinellas in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 USC 1326(a) and (b)(2) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Scott Spicciati, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb. 15, 2017

[signature]
*Judge's signature*

City and state: Tampa, Florida

THOMAS G. WILSON, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation, but does document the probable cause to charge Uriel NONTHE-BALTAZAR, a/k/a Uriel Baltazar, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2).

**FACTS AND CIRCUMSTANCES**

4. On or about January 23, 2017, a Clearwater Police Department Community Liaison officer notified the ICE-ERO Tampa office that NONTHE-BALTAZAR was living and working in Pinellas County, Florida.

5. On February 14, 2017, ICE-ERO officers found NONTHE-BALTAZAR at his place of employment, the Island Way Grill in Clearwater, Florida, which is within the Middle District of Florida.

6. Post-*Miranda*, NONTHE-BALTAZAR stated that he was a Mexican citizen who had voluntarily reentered the United States without permission after deportation.

7. I performed a records check using the Central Index System ("CIS") and reviewed the documents contained within NONTHE-BALTAZAR's Alien File ("A-File"). Upon reviewing these sources, I determined that NONTHE-BALTAZAR is a native and citizen of Mexico and is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about February 26, 2013.

8. Fingerprints taken of NONTHE-BALTAZAR were submitted through the Integrated Automated Fingerprint Identification System ("IAFIS") and compared with those taken prior to his removal from the United States. The IAFIS indicates that they are from the same person.

9. Computer record checks also indicate that NONTHE-BALTAZAR was convicted of public mischief, in Pinellas County, Florida, on or about August 3, 2010; uttering forged bills or checks, in Pinellas County, Florida, on or about March 28, 2011; driving under the influence, in Pinellas County, Florida, on or about April 18, 2011; and of aggravated battery with a deadly weapon, in Pinellas County, Florida, on or about September 13, 2012.

10. No information exists, either in the A-file or the computer databases, showing that NONTHE-BALTAZAR had either requested or received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to reenter the United States after his deportation.

**CONCLUSION**

11. Based on the foregoing facts, I believe there is probable cause to establish that NONTHE-BALTAZAR, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2).

Scott Spicciati
Deportation Officer, ICE-ERO

Sworn to and subscribed before me this 15th day of February, 2017, in Tampa, Florida.

United States Magistrate Judge